DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JOSEPH M. FERRANTE,

Appellant,

v.

JENNIFER M. FERRANTE,

Appellee.

No. 2D2025-0210

———————————————

February 20, 2026

Appeal from the Circuit Court for Hillsborough County; Thomas N. Palermo.

Christina C. Mesa of Christina C. Mesa, Tampa, for Appellant.

Eric R. Maier of Older Lundy Koch & Martino, Tampa, for Appellee.

PER CURIAM.

     Affirmed.

LaROSE, KHOUZAM, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.